# United States District Court
## *Southern District of Georgia*

Franklin Joe Fields,

                                               JUDGMENT IN A CIVIL CASE

            V.                            CASE NUMBER: CV415-122,

Social Security Administration and Westgate Apartment,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 7/27/15, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered dismissing the case without prejudice.

7/28/15
Date